**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-6379**

_____

GREGORY GREEN,

          Plaintiff - Appellant,

          v.

JIMMY A. RICHARDSON, II, Fifteenth Circuit Solicitor; MICHAEL TRAVIS HYMAN, Assistant Solicitor, Horry County,

          Defendants - Appellees.

_____

Appeal from the United States District Court for the District of South Carolina, at Florence. R. Bryan Harwell, Senior District Judge.  (4:23-cv-06103-RBH)

_____

Submitted:  June 25, 2024                    Decided:  June 28, 2024

_____

Before RICHARDSON and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Gregory Green, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gregory Green appeals the district court's order accepting the magistrate judge's recommendation and dismissing with prejudice his 42 U.S.C. § 1983 complaint. Green also appeals the district court's order denying his motion for reconsideration under Fed. R. Civ. P. 59(e). We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's orders. *Green v. Richardson*, No. 4:23-cv-06103-RBH (D.S.C. Jan. 23, 2024; Apr. 5, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*